
Date: 08/31/09             Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-10674 - THOMPSON, RYAN C

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Fia Card Services NABank of America by American InfoSource LP as its agent 4515 N Santa Fe Ave Oklahoma City OK 73118 | 000009 | 27.54 | 0.67 |
| ---------- Remittance Total --------------- | | 27.54 | 0.67 |

/s/
_____
STEVEN L. SPETH, Trustee

FILED
AT WICHITA, KS
SEP 01 2009
CLERK
U.S. Court of Bankruptcy
By _____ Deputy

COURTI        Printed: 08/31/09 02:54 PM    Ver: 15.00